## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 300 WAL 2017
:
Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
v. :
:
:
:
DOUGLAS NELSON HAINES, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.